IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Criminal Action: | 12-cr-00361-RBJ | Date: | February 20, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Kara Spitler |
| Interpreter: | N/A | Probation: | Patrick Lynch |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff**<br><br>v.<br><br>1. ENRIQUE VENTURA-BARAONA<br>**Defendant(s)** | *Kirsten M.E. Sinclair*<br><br><br><br><br>*David E. Johnson* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**   8:32 a.m.

Interpreter sworn.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:   Objections to the presentence report is GRANTED in PART and DENIED in PART, as stated on the record.**

**[33] Motion for Below-Guideline, Downward Variance Sentence is GRANTED in PART and DENIED in PART, as stated on the record.**

**ORDERED:**   Defendant shall be **imprisoned** for **30 months** as to Count 1 of the Indictment, no term of supervised release is to be served.

Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Court RECOMMENDS that defendant receive credit for all time served in custody on this case.

**ORDERED:**   Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  9:46 a.m.          Hearing concluded.          Total time:    01:14